

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2020

No. 04-19-00435-CV

Jerold **GIVENS** and Dinah Givens, Individually and as Representatives of the Estate of James Douglas Givens, Deceased; Beverly Brown, Johnny Scott Brown, and Andrew Brown, Individually and as Representatives of the Estate of Johnnie Lee Brown; Shannon Brown; and Wesley Brown,
Appellants

v.

**ANDERSON COLUMBIA CO., INC.,**
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 15-03-31056-MCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

The Appellants' Unopposed Motion for Second 20-day Extension of Time to File Appellants' Reply Brief is hereby GRANTED. Time is extended to May 18, 2020.

It is so **ORDERED** on April 27, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court